AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York    ▼

| | |
|---|---|
| AMADOR ALDANA, Aurelio<br>Alien #241-102-170<br><br><br><br>*Plaintiff(s)*<br>v.<br>PAMELA BONDI, in her official capacity as Attorney General.<br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br>JOSEPH CARDINALE, in his official capacity as Acting Field Office Director of the New York Field Office for U.S. Immigration and Customs Enforcement,<br>TODD LYONS, in his official capacity as Acting ICE Field Office Director<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-cv-834 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Pamela Bondi, in her official capacity as Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
(Please see attached rider for other Respondents)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua R. Stickell, Esq.
Rivera Julka Law Group, PC
17 W. Main Street,
Bay Shore, New York 11706
joshua@riverajulka.com
(631) 647-9040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                      *Signature of Clerk or Deputy Clerk*

## RIDER

**KRISTI NOEM**,

In her official capacity as the Secretary of the Department of Homeland Security

**2801 Nebraska Avenue NW,**
**Washington, D.C. 20528**

**TODD LYONS**,

In his official capacity as the Acting Immigration and Customs Enforcement Field Office Director

**500 12th Street,**
**Washington, D.C. 20250**

**JOSEPH CARDINALE**,

In his official capacity as Acting Field Office Director of the New York Field Office of Immigration and Customs Enforcement

**26 Federal Plaza,**
**New York, NY 10278**

1