Stipulation and Order to Transfer Venue
*Aldana v. Bondi*, 26-cv-834 (EDNY) (GRB)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AURELIO AMADOR ALDANA

                              Petitioner,

        v.

PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, JOSEPH CARDINALE, in his official capacity as Acting Field Office Director of the New York Field Office for U.S. Immigration and Customs Enforcement, and TODD LYONS, in his official capacity as Acting ICE Field Office Director, Respondents.

                              Respondents.
-----------------------------------------------------------------X

**STIPULATION AND ORDER TO TRANSFER VENUE**

Civil Action No. 26-cv-834 (GRB)

FILED
CLERK
2/13/2026 10:32 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

      WHEREAS, Aurelio Amador Aldana ("Petitioner") commenced the above-captioned action on February 12, 2026, against Respondents;

      WHEREAS, the Petition challenges Petitioner's detention through a habeas petition pursuant to 28 U.S.C. § 2241;

      WHEREAS, as articulated in *Rumsfeld v. Padilla*, 542 U.S. 426 (2004), for habeas petitions "challenging present physical confinement, jurisdiction lies in only one district: the district of confinement" at the time the habeas petition was filed. *Padilla*, 542 U.S. at 443, 448; *see also Khalil v. Joyce*, 771 F. Supp. 3d 268, 279, 280 (S.D.N.Y. 2025) (citing *Padilla*, 542 U.S. at 442).

      WHEREAS, the Petition in the above-captioned action was filed February 12, 2026;

      WHEREAS, Petitioner was detained from February 8, 2026, through February 11, 2026, at the Nassau County Correctional Center;

Stipulation and Order to Transfer Venue
*Aldana v. Bondi*, 26-cv-834 (EDNY) (GRB)

WHEREAS, Petitioner was detained at 26 Federal Plaza, New York, New York, as of February 11 at 3:00 p.m. and has not been detained in the Eastern District of New York at any time since then;

WHEREAS, as of today, February 12, 2026, Petitioner remains detained at 26 Federal Plaza; and

WHEREAS, Respondents do not waive any argument or defense in this action, including, without limitation, regarding service or jurisdiction;

IT IS NOW HEREBY STIPULATED AND AGREED by and between Petitioner and Respondents to the above-captioned action that this action shall be transferred pursuant to 28 U.S.C. § 1406 to the United States District Court for the Southern District of New York.

Dated: Bayshore, New York
February 12, 2026

        Rivera Julka Law Group, PC.
        17 W. Main Street,
        Bay Shore, NY 11706

By:  /s/ Joshua R. Stickell
      Joshua R. Stickell, Esq.
      (631) 647-9040
      joshua@riverajulka.com

Dated: Central Islip, New York
February 12, 2026

        JOSEPH NOCELLA, JR.
        United States Attorney
        Eastern District of New York
        610 Federal Plaza
        Central Islip, New York 11722

By:  /s/ Diane C. Leonardo
      Diane C. Leonardo
      Assistant U.S. Attorney
      (631) 715-7854
      Diane.beckmann@usdoj.gov

Stipulation and Order to Transfer Venue
*Aldana v. Bondi*, 26-cv-834 (EDNY) (GRB)

SO ORDERED this  13   day of February 2026

\_\_\_\_*/s/ Gary R. Brown*_____
HONORABLE GARY R. BROWN
United States District Judge